UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| In re:<br>JC Devine, Inc.<br>        Debtor | Bk. No. 10-12699-JMD<br>Chapter 7<br><br>Hearing Date: 10/06/10<br>Hearing Time: 9:00 a.m. |

## MOTION UNDER SECTION 363(b) OF INTENT TO SELL PROPERTY
## [HEARING CONTINGENT UPON OBJECTIONS BEING FILED]

  Notice is hereby given that the Trustee in Bankruptcy is selling all his right, title and interest in and to a 2002 E150 Ford Econoline Cargo van to HS Auto Sales, or nominee, of 61 Maple Street, Manchester, New Hampshire for the amount of $4,000.00.

  That the fair market value of this vehicle is $4,000.00.

  That this $4,000.00 offer is the net proceeds to the bankruptcy estate.

  That the above personal property will be sold as is, as shown.

  That this $4,000.00 offer is the net proceeds to the bankruptcy estate not to be reduced by any storage fees, towing fees and/or any further costs/fees.

  That the Trustee in Bankruptcy feels that it is in the best interest to sell his interest in this vehicle to HS Auto Sales, or nominee, for the amount of $4,000.00.

  Any party who desires to offer the trustee more than $4,000.00 should submit the offer to the Trustee prior to September 28, 2010.

  At this hearing, if an additional offer is received, all parties will be given an opportunity to bid further if the occasion arises.

  Notice is hereby given to all interested parties and creditors that they may object to this sale if they so desire.

  If an objection is filed, a party in interest must file a written objection with the Clerk of the U.S. Bankruptcy Court, 1000 Elm Street, Suite 1001, Manchester, NH 03101, with a copy sent to the Trustee in Bankruptcy at the address below, and to the U.S. Trustee's Office, 1000

Elm Street, Suite 605, Manchester, NH 03101 by 4:30 p.m. on September 28, 2010. Objections must be in writing, giving the Debtor's name and case number and stating that the party filing it has an interest in the case and the reasons for the objection.

Notice is hereby further given that a hearing on this matter is contingent upon objections being filed and/or additional offers being received.

NOTICE IS FURTHER GIVEN IF AN OBJECTION IS FILED, THE BANKRUPTCY COURT WILL HEAR THE OBJECTION OR WILL HAVE BIDDING BETWEEN THE OFFERS RECEIVED SO THAT A SALE WILL BE MADE TO THE HIGHEST BIDDER ON October 6, 2010 at 9:00 a.m. in the Bankruptcy Courtroom #2, 1000 Elm Street, 11th Floor, Manchester, New Hampshire. Otherwise, there will be no hearing on that date.

Dated: September 7, 2010

/s/ Victor W. Dahar
Victor W. Dahar,
Trustee in Bankruptcy
20 Merrimack Street
Manchester, NH  03101
(603) 622-6595
BNH 01175

h:bankruptcy\jcdevine\motiontosell-9.7.10